IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**RE: WALTER AND SHIRLEY GRINNIS**                                      **CASE NO. 6:11-BK-73198**

**NOTICE OF OPPORTUNITY TO OBJECT TO AMENDED PLAN BEFORE CONFIRMATION**

You are hereby notified that the captioned Debtors have filed the attached Amendment to the Plan pursuant to 11 U.S.C. § 1323 and Rule 3015 of the Rules of Bankruptcy Procedure. Objections to the Plan as amended must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within 20 days from the date of this notice, with copies to the counsel for the Debtors and Jack Gooding, Trustee, P.O. Box 8202, Little Rock, AR. 72221.

If objections to the Plan as amended are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as amended may be confirmed without further notice or hearing.

Date:   November 9, 2011                                      /s/ Marc Honey
                                                              **Marc Honey, 86091**
                                                              **Honey Law Firm, P.A.**
                                                              **1311 Central Avenue**
                                                              **PO Box 1254**
                                                              **Hot Springs, AR  71901**
                                                              **(501) 321-1007**
                                                              **(501) 321-1255 Fax**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Notice and attached Amendment to Plan have been mailed to:

Jack Gooding, Trustee                          Internal Revenue Service
P. O. Box 8202                                 Special Procedures Staff
Little Rock, AR  72221                         Stop 5700-700 W. Capitol Ave.
                                               Little Rock, AR. 72201
U.S. Attorney (Eastern District)
P.O. Box 1229
Little Rock, AR. 72203                         Legal Department
                                               Employment Security Division
U.S. Attorney (Western District)               P.O. Box 2981
P.O. Box 1524                                  Little Rock, AR. 72203
Fort Smith, AR. 72902

and to all creditors whose names appear on the attached Modification and/or creditor matrix:

                                                              /s/ Marc Honey
                                                              **Marc Honey**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**RE: WALTER AND SHIRLEY GRINNIS**                       **CASE NO. 6:11-BK-73198**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**AMENDED C H A P T E R   1 3   P L A N**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Come now the Debtors by and through their attorneys, Honey Law Firm, P.A., and for their amendment to the Chapter 13 Plan state:

1. **PAYMENT TO THE TRUSTEE:**

    THE DEBTORS PROPOSE TO PAY $230.00 PER MONTH TO THE TRUSTEE.

    [Indicate how often the Debtor is paid by checking the appropriate box below:]
    ( ) Weekly;   ( ) Bi-Weekly;   ( ) Semi-Monthly;   ( XX ) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

    A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a PRO RATA dividend.

    **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**

    The following **CHANGES** are to be made to each creditor as set out below:

    | **CREDITOR NAME** | **CHANGE IN TREATMENT/CLASSIFICATION** |
    |---|---|
    | Tennessee Commerce Bank | Debtors surrender the 2002 Peterbilt Model 387, No. 1XP7DB9X72D584745 of the secured claim. Creditor may file a general unsecured claim for any remaining deficiency after a commercially reasonable sale. |

5. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

6. **ALL OTHER PROVISIONS AS SET FORTH IN ALL PREVIOUSLY FILED PLANS SHALL REMAIN THE SAME.**

Date: November 9, 2011         /s/ Marc Honey
**Marc Honey, 86091
Honey Law Firm, P.A.
1311 Central Avenue
PO Box 1254
Hot Springs, AR. 71901
(501) 321-1007
(501) 321-1255 Fax**